# Charny & Wheeler P.C.
Attorneys at Law

MEMO ENDORSED

Nathaniel K. Charny (NY & NJ Bar)
ncharny@charnywheeler.com

Russell G. Wheeler
rwheeler@charnywheeler.com

H. Joseph Cronen
jcronen@charnywheeler.com

42 West Market Street
Rhinebeck, NY 12572
Tel: 845-876-7500
Fax: 845-876-7501

May 22, 2023

By ECF
Hon. Kenneth M. Karas, U.S.D.J.
The Hon. Charles L. Brieant Jr.
Federal Building & Courthouse
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re: Ross v. Wayfair, LLC
Civil Action No. 7:22-cv-7469 (KMK)

Dear Judge Karas:

This office represents the Plaintiff in the above matter, which is scheduled for a telephonic status conference before your Honor on June 1, 2023. I write with consent of Defendant's counsel to request an adjournment of this conference as I have a pre-existing commitment to appear in a Education Law 3020-A disciplinary hearing on that date. I have conferred with Defendant's counsel and we are both available on either June 8 or June 9 for a rescheduled conference.

There have been no previous requests for adjournments.

Thank you for your time and attention to this matter.

Granted. The conference is adjourned to 6/15/23, at 12:00

So Ordered.
/s/ KMK
5/22/23

Respectfully submitted:

Nathaniel K. Charny

cc: David B. Lichtenberg, Esq. (by ECF)